```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 20192
   RITA D REGAINS
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-5020


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 05/19/2005 and was confirmed 08/03/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 07/17/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE     1041.59            .00        1041.59
COUNTRYWIDE HOME LOANS    CURRENT MORTG    30136.84            .00       30136.84
DAIMLER CHRYSLER FINANCI  SECURED           9445.08         1239.31       9445.08
DAIMLER CHRYSLER FINANCI  UNSECURED         5989.90            .00         598.99
ROBERT J ADAMS & ASSOC    PRIORITY         NOT FILED           .00            .00
AMERICASH LOANS LLC       UNSECURED          743.57            .00          74.36
AT&T WIRELESS             UNSECURED        NOT FILED           .00            .00
BANK OF AMERICA NA        UNSECURED        NOT FILED           .00            .00
CAPITAL ONE               UNSECURED          701.85            .00          70.19
CREDIT PROTECTION ASSOC   UNSECURED        NOT FILED           .00            .00
ECAST SETTLEMENT CORP     UNSECURED         2460.32            .00         246.03
I C COLLECTION SERVICE    UNSECURED        NOT FILED           .00            .00
ILLINOIS DEPT PUBLIC AID  UNSECURED          229.20            .00          22.92
INGALLS HOSPITAL          UNSECURED        NOT FILED           .00            .00
LINEBARGER GOGAN BLAIR &  NOTICE ONLY      NOT FILED           .00            .00
MONTRONICS INTL INC       UNSECURED        NOT FILED           .00            .00
NATIONAL QUICK CASH       UNSECURED          750.00            .00          75.00
NCB MANAGEMENT            NOTICE ONLY      NOT FILED           .00            .00
NES ILLINOIS INC          UNSECURED        NOT FILED           .00            .00
ONE IRON VENTURES         UNSECURED        NOT FILED           .00            .00
PAYDAY LOAN               UNSECURED        NOT FILED           .00            .00
PENNCRO ASSOCIATES INC    NOTICE ONLY      NOT FILED           .00            .00
SBC                       UNSECURED          639.49            .00          63.95
GMAC                      SECURED              .00             .00            .00
SALLIE MAE SERVICING      NOTICE ONLY      NOT FILED           .00            .00
AT & T BANKRUPCTY         NOTICE ONLY      NOT FILED           .00            .00
CITY OF CHICAGO PARKING   UNSECURED          250.00            .00          25.00
ROBERT J ADAMS & ASSOC    REIMBURSEMENT      210.00            .00         210.00
ISAC                      FILED LATE       11026.47            .00            .00
COUNTRYWIDE HOME LOANS    NOTICE ONLY      NOT FILED           .00            .00
ROBERT J ADAMS & ASSOC    DEBTOR ATTY       2,550.00                      2,550.00
TOM VAUGHN                TRUSTEE                                         2,761.88

                      PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 05 B 20192 RITA D REGAINS
```

```
DEBTOR REFUND            REFUND                                        898.22

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  49,459.36

PRIORITY                                             210.00
SECURED                                           40,623.51
     INTEREST                                      1,239.31
UNSECURED                                          1,176.44
ADMINISTRATIVE                                     2,550.00
TRUSTEE COMPENSATION                               2,761.88
DEBTOR REFUND                                        898.22
                         ---------------       ---------------
TOTALS                   49,459.36                49,459.36
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 10/29/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE

                         PAGE   2
          CASE NO. 05 B 20192 RITA D REGAINS